UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

# CRIMINAL MINUTES - GENERAL

| Case No. | CR 12-415-CAS | Date | Sept. 17, 2013 |
|---|---|---|---|

| Present: The Honorable | CHRISTINA A. SNYDER |
|---|---|
| Interpreter | N/A |

| MONICA SALCIDO | LAURA ELIAS | AARON MAY/ GRANT GELBERG |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| AUGUSTUS OHEMENG, M.D. | X | | X | MICHAEL CERNYAR | X | | X |

**Proceedings:** DEFENDANT'S MOTION TO STAY SURRENDER AND REMAIN ON BOND PENDING APPEAL (Docket #191, filed August 29, 2013)

On May 1, 2012, a grand jury returned an indictment charging defendants Augustus Ohemeng ("Ohemeng"), George Tarryk ("Tarryk"), Emmanuel Chidueme ("Chidueme"), and George Samuel Laing ("Laing") each with six counts of health care fraud pursuant to 18 U.S.C. §§ 1347, 2. Defendants Tarryk, Chidueme, and Laing have entered plea agreements or pled guilty, Dkt. #92, 78, 72, and a jury trial was held as to Ohemeng from February 26, 2013 to March 5, 2013. On March 6, 2013, the jury found Ohemeng guilty on all six counts. Dkt. #119. Ohemeng filed a motion for a new trial on May 24, 2013. Dkt. #141. The Court denied that motion by order dated July 22, 2013. Dkt. #151.

On August 30, 2013, Ohemeng filed a motion to stay his surrender and remain on bond pending his appeal. Dkt. #191. The government filed an opposition on September 9, 2013. Dkt. #192.

A person who has been convicted of an offense and sentenced to a term of imprisonment should ordinarily be detained pending appeal. 18 U.S.C. § 3143(b). However, if the court finds, by clear and convincing evidence, that the person is (1) not likely to flee or pose a danger to the community and (2) that the appeal is not for the purpose of delay and raises a substantial question of law or fact, that person need not be detained. Id.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES - GENERAL

Ohemeng argues that he is not likely to flee or pose a danger to the community because he "continues to be under the supervision of Pretrial Services without incident," and voluntarily appeared at his sentencing. Mot. Stay Surrender 3. Ohemeng argues that his appeal raises a substantial question of law regarding "constitutional violations" and "loss amounts used at sentencing." Id. at 4. Ohemeng does not elaborate further on these issues, but states that his motion for a new trial raised a "substantial question of law or fact likely to result in reversal [or] an order for a new trial." Id.

The government responds that Ohemeng cannot meet his burden of establishing a substantial question of law or fact with such "'vague presentations' of the issues to be appealed." Opp. Mot. Stay Surrender 5 (citing United States v. Montoya, 908 F.2d 450, 451 (9th Cir. 1990)). Moreover, the government argues that Ohemeng's motion for a new trial lacked merit, and therefore is an insufficient basis for arguing that a substantial question of law or fact is present in this case. Id. at 5-6. Finally, the government argues that Ohemeng has not demonstrated that his appeal is not for the purpose of delay. Id. at 6-7.

The Court finds the government's arguments persuasive. Even though the Court does not believe that Ohemeng poses a flight risk, for the reasons set forth in its July 22, 2013 order denying Ohemeng's motion for a new trial, Dkt. #159, and its February 11, 2013 order granting the government's motion in limine to introduce evidence, Dkt. #95, the Court finds that Ohemeng's appeal does not raise a substantial question of law or fact.

In accordance with the foregoing, Ohemeng's motion to stay his surrender and remain on bond pending appeal is DENIED. The Court extends Ohemeng's self-surrender date to October 23, 2013, at noon.

IT IS SO ORDERED.

|  | 00 : 11 |
|---|---|
| Initials of Deputy Clerk | MS |

cc: PSA
    USPO
    USM