UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

# CRIMINAL MINUTES - GENERAL

| Case No. | CR 12-415-CAS | | Date | November 18, 2013 |
|---|---|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER | | | |
| Interpreter | N/A | | | |

| Catherine Jeang | Laura Elias | Aaron May<br>Grant Gelberg |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| AUGUSTUS OHEMENG, M.D. | X | | X | EDWARD ROBINSON | X | | X |

| **Proceedings:** | DEFENDANT'S RENEWED MOTION TO STAY SURRENDER AND REMAIN ON BOND PENDING APPEAL (Dkt. #213, filed Nov. 1, 2013) |
|---|---|

## I.   INTRODUCTION AND BACKGROUND

On May 1, 2012, a grand jury returned an indictment charging defendants Augustus Ohemeng ("Ohemeng"), George Tarryk ("Tarryk"), Emmanuel Chidueme ("Chidueme"), and George Samuel Laing ("Laing") each with six counts of health care fraud pursuant to 18 U.S.C. §§ 2, 1347.  Defendants Tarryk, Chidueme, and Laing have entered plea agreements or pled guilty, Dkt. #92, 78, 72, and a jury trial was held as to Ohemeng from February 26, 2013 to March 5, 2013.  On March 6, 2013, the jury found Ohemeng guilty on all six counts.  Dkt. #119.  Ohemeng filed a motion for a new trial on May 24, 2013.  Dkt. #141.  The Court denied that motion by order dated July 22, 2013.  Dkt. #151.

On August 30, 2013, Ohemeng filed a motion to stay his surrender and remain on bond pending his appeal.  Dkt. #191.  The government filed an opposition on September 9, 2013.  Dkt. #192.  By order dated September 17, 2013, the Court denied Ohemeng's motion, and extended his self-surrender date to October 22, 2013.  Dkt. #195.  On October 15, 2013, Ohemeng filed an ex parte application to extend his self-surrender date to November 22, 2013, on the grounds that Ohemeng recently retained new counsel.  Dkt. #204.  The Court granted Ohemeng's application on October 18, 2013.  Dkt. #208.  On November 1, 2013, Ohemeng filed a renewed motion to stay his surrender and remain on bond pending appeal.  Dkt. #213.  The government filed an opposition on November 4, 2013.  Dkt. #215.  No reply has been filed.  Ohemeng's motion is presently before the Court.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA                    O

**CRIMINAL MINUTES - GENERAL**

**II.    DISCUSSION**

A person who has been convicted of an offense and sentenced to a term of imprisonment should ordinarily be detained pending appeal. 18 U.S.C. § 3143(b). However, if the court finds, by clear and convincing evidence, that (1) the person is not likely to flee or pose a danger to the community and (2) the appeal is not for the purpose of delay and raises a substantial question of law or fact, that person need not be detained. Id.

Ohemeng argues that his appeal raises substantial questions of law or fact based on the government's alleged constructive amendment of the indictment and government's calculation of the loss amount used at sentencing. Renewed Mot. 5-6; 8-10. Ohemeng further argues that his appeal is not for the purpose of delay because the arguments that he advances are "well documented and consistent throughout the proceedings relating to him." Id. at 10.

The government argues that Ohemeng's motion should be denied for two reasons. First, the government argues that Ohemeng's motion fails to meet the requirements of a motion for reconsideration because it does not identify changes in the law or previously unknown facts that would alter the Court's previous conclusion that Ohemeng is not entitled to remain on bond pending appeal. Opp. Renewed Mot. 1. Second, the government renews its argument that Ohemeng's appeal does not raise substantial questions of law or fact because the appeal recapitulates arguments that Ohemeng made in his pre-trial motions, at trial, in his post-trial motions, and in his initial motion to remain on bond pending appeal. Id. at 2-3. The government argues that the Court has already considered these arguments in the prior motions and concluded that they lacked merit. Id.

The Court finds the government's arguments persuasive. For the reasons set forth in its July 22, 2013 order denying Ohemeng's motion for a new trial, Dkt. #159, and its February 11, 2013 order granting the government's motion in limine to introduce evidence, Dkt. #95, the Court finds that Ohemeng's appeal does not raise a substantial question of law or fact.

In accordance with the foregoing, Ohemeng's motion to stay his surrender and remain on bond pending appeal is DENIED. Ohemeng's self-surrender date is continued until January 15, 2013, at 12:00 p.m., to permit defendant time to prepare an appeal of the Court's denial of this motion. It is ordered that the defendant surrender himself to the institution designated by the Bureau of Prisons on or before 12 noon, January 15, 2013. In the absence of such designation, the defendant shall report on or before the same date and time, to the United States Marshal located at: Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

## CRIMINAL MINUTES - GENERAL

The Court sets a Status Conference on **January 13, 2014** at **1:30 P.M.**  Defendant is ordered to be present on January 13, 2014 at 1:30 P.M., unless advised otherwise by his attorney of record.

IT IS SO ORDERED.

|  | 00 | : | 20 |
|---|---|---|---|
| Initials of Deputy Clerk | | CMJ | |

cc: U.S. Probation
    Pretrial Service